148 A.3d 738

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v.
BRIAN S. GUNDY, DEFENDANT-RESPONDENT.

FILED July 26, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-004102-14 having been submitted to this Court, and the Court having considered the same;

is ORDERED that the petition for certification is denied.

148 A.3d 739

STATE OF NEW JERSEY PLAINTIFF-RESPONDENT, v. DAVID
T. POMIANEK, JR., DEFENDANT-PETITIONER.

FILED July 26, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-004302-14 having been submitted to this Court, and the Court having considered the same; It is ORDERED that the petition for certification is denied.